UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.W., *individually and on behalf of her son K.W.*,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2024

24-cv-7716 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On October 24, 2024, the Court held a hearing on Plaintiffs' motion for emergency relief.

For reasons discussed on the record at the hearing, the Court is reserving decision on the motion.

The parties must file a status letter in two weeks.

**SO ORDERED.**

**Dated: October 24, 2024**
      **New York, New York**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1