UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.W., *individually and on behalf of her son K.W.*,

                     Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                     Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/8/2025__

24-cv-7716 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court has been informed by the Magistrate Judge that the parties have settled their fee dispute. Accordingly, IT IS HEREBY ORDERED that the pending motion for attorney's fees [ECF No. 42] is DENIED as moot. IT IS FURTHER ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and the application to restore the action is made by November 8, 2025. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated: October 8, 2025
      New York, New York

                                               _____
                                               **MARY KAY VYSKOCIL**
                                               **United States District Judge**